UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

FELIPE DIAZ-CHAIDEZ,
Defendant.

Case No. 09-cr-01122-PJH-4

**ORDER RE APPLICATION FOR A FINAL ORDER OF FORFEITURE**

Re: Doc. No. 243

Before the court is the application of the United States for entry of a final order of forfeiture of a 2009 Honda Pilot, which was subject to a Preliminary Order of Forfeiture entered September 30, 2010. Doc. no. 72. As the government acknowledges, claimant Ignacio Gonzalez filed a petition asking that the vehicle be released to him as a registered owner. Doc. no. 73. Mr. Gonzalez timely filed the petition on October 28, 2010, pursuant to 21 U.S.C. § 853(n). However, the government did not file a response to the petition, and the court did not hold a hearing or conduct any proceedings on the petition. In support of the instant application for a final order of forfeiture, the government represents that it attempted to serve discovery requests on Mr. Gonzalez by mail on April 2, 2016, and again on September 14, 2017, receiving no response. Doc. no. 243. However, Mr. Gonzalez's petition remains pending in this matter, and issuance of a final order of forfeiture at this juncture would be premature and unauthorized.

Under the Federal Rules of Criminal Procedure that are applicable to a petition asserting an interest in the property to be forfeited, "the court may, on motion, dismiss the petition for lack of standing, for failure to state a claim, or for any other lawful reason."

Fed. R. Crim. P. 32.2(c)(1)(A). Rule 32.2(c)(1)(A) further provides that for purposes of such a motion, "the facts set forth in the petition are assumed to be true." Accordingly, the court grants leave for the government to file a motion to dismiss the petition for lack of prosecution, or other cognizable ground, within 21 days of the date of this order. *See* Fed. R. Civ. P. 41(b). Any such motion to dismiss must be supported by a sworn declaration attesting to the government's attempts to investigate or respond to the claims in the petition, and addressing the delay in seeking a final order of forfeiture.

The court DEFERS ruling on the application for a final order of forfeiture pending the outcome of any ancillary proceedings on Mr. Gonzalez's petition.

**IT IS SO ORDERED.**

Dated: October 6, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge